Case 14-37155 Doc 6 Filed 10/15/14 Entered 10/16/14 15:38:05 Desc Main Document Page 1 of 1

14-37155:4.0:Application for Installment Agreement:Main Document Entered: 10/14/2014 11:47:20 AM by:Amilany Jauregui Page 2 of 2

**Fill in this information to identify the case:**

Debtor 1: Clarence Jackson IV
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: Cook County District of IL (State)

Case number (if known): 14B 37155

Chapter filing under:
- [ ] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13

# Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

[ ] The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

[X] The debtor(s) must pay the filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 110 (110) | 11-4-14 |
| $ 100 | 11-19-14 |
| $ 100 | 12-5-14 |
| + $ _____ | _____ |
| **Total** $ 310 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

10-15-14         By the court:   J. Cox   Jacqueline P. Cox
Month / day / year                        United States Bankruptcy Judge